HIGH OL' TIMES, INC., et al.,
Plaintiffs-Appellees,

v.

George BUSBEE, Governor, State of Georgia, et al.,
Defendants-Appellants.

No. 78–3514.

United States Court of Appeals,
Fifth Circuit.

July 9, 1980.

Arthur K. Bolton, Atty. Gen., Robert S. Stubbs, II, Don A. Langham, John C. Walden, G. Stephen Parker, Atlanta, Ga., for defendants-appellants.

Reber Boult, W. Bruce Maloy, Atlanta, Ga., for plaintiffs-appellees.

---

Before INGRAHAM, RONEY and THOMAS A. CLARK, Circuit Judges.

PER CURIAM:

Having reviewed the record, exhibits, briefs and oral arguments of counsel, we agree with the district court's well-reasoned opinion at 456 F.Supp. 1035 (N.D.Ga.1978). Accordingly, based on its order preliminarily and permanently enjoining the enforcement of the challenged statute, Ga.Code Ann. § 26–9912, the judgment is AFFIRMED.